**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ARZEL L. FOSTER, III,

        Plaintiff,

                                              Case Number: 07-11250

v.

                                              DIST. JUDGE PAUL D. BORMAN

ARGENT MORTGAGE COMPANY, L.L.C,      MAG. JUDGE PAUL J. KOMIVES
AMC MORTGAGE COMPANY,
AMERIQUEST MORTGAGE, COUNTRY
WIDE HOME LOANS, INC, and WELLS
FARGO BANK, N.A.,

        Defendant.
_____ /

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF 1) DENYING PLAINTIFF'S EMERGENCY MOTION FOR AN AUTOMATIC STAY OF PROCEEDINGS UNDER 28 U.S.C. § 1441; AND 2) DENYING PLAINTIFF'S MOTION TO REMOVE HIS STATE COURT CASE TO FEDERAL COURT (DOCK. NO. 10).**

      Before the Court is the Magistrate Judge's Report and Recommendation in favor of denying Plaintiff's Emergency Motion for an Automatic Stay of Proceedings Under 29 U.S.C. § 1441, and denying Plaintiff's Motion to Remove his State Court Case to Federal Court. No objections were filed by the parties. Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation DENYING Plaintiff's Emergency Motion for an Automatic Stay of Proceedings Under 29 U.S.C. § 1441, and DENYING Plaintiff's Motion to Remove his State Court Case to Federal Court.

**SO ORDERED.**

                                                        s/Paul D. Borman
                                                        PAUL D. BORMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated: July 23, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 23, 2007.

                                                s/Denise Goodine
                                                Case Manager