UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ARZEL FOSTER III,

    Plaintiff,

vs.

ARGENT MORTGAGE CO., LLC
et al.,

    Defendants.

Case Number: 07-11250
HON. PAUL D. BORMAN

FILED
AUG 22 2007
CLERK'S OFFICE
DETROIT

### ORDER TO STRIKE PAPER(S)

The clerk of the Court has accepted for filing the paper(s) named below. Upon review, however, the Court has determined that the paper(s) does (do) not conform with the Federal Rules of Civil Procedure or the Local Rules of the Eastern District of Michigan, and therefore, the paper(s) shall be attached to this Order but shall not be deemed a part of the record in this case.

DATE PAPER(S) ACCEPTED FOR FILING:    10/21/07

TITLE OF PAPER(S): " Motion to reconsideration reinstating my motion from moving this case from State Court to Federal District Court and reinstating my motion for emergency motion for stay or proceedings file 3/23/07"

REASON FOR STRIKING PAPER(S): LR 5.1, papers must be double-spaced.

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: August 22, 2007